RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  CARLOS J BAUTISTA-ESCOBAR  
    809 73RD STREET  
    NORTH BERGEN,  NJ  07047

Atty:  RUSSELL L LOW ESQ  
    LOW & LOW ESQS  
    505 MAIN STREET, SUITE 304  
    HACKENSACK, NJ  07601

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
**Chapter 13 Case # 22-20064**

## RECEIPTS AS OF 01/13/2023
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/05/2023 | $150.00 | 8921510000 | | | |

**Total Receipts: $150.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $150.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023
(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLIED COLLECTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK | UNSECURED | 19,175.70 | 0.00% | 0.00 | 0.00 |
| 0009 | DISCOVER PERSONAL LOANS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | FIRST PREMIER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | FLAGSTAR BANK | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | HYUNDAI MOTOR FINANCE | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $8.25**
See Summary

**Chapter 13 Case # 22-20064**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $150.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $8.25          =          Funds on Hand: $141.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.