| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor: MATRIX FINANCIAL SERVICES CORP. | **Order Filed on March 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Carlos J. Bautista- Escobar,<br>Debtor. | Case No.:  22-20064 JKS<br>Adv. No.:<br>Hearing Date:  2/23/2023 @ 8:30 a.m.<br><br>Judge:  John K. Sherwood |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 6, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:     Carlos J. Bautista- Escobar,
Case No.:   22-20064 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MATRIX FINANCIAL SERVICES CORP., holder of a mortgage on real property located at 809 73rd Street North Bergen, NJ, 07047, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and Russell L. Low, Esquire, appearing for the Debtor, and the parties having resolved their dispute pursuant to the following terms:

It is **ORDERED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which is claim # 5 on the claims register and contains pre-petition arrears of $1,269.57 through the Chapter 13 plan; and

It is **ORDERED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It is **FURTHER ORDERED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notices of payment change.; and

It is **FURTHER ORDERED** that Secured Creditor's objection to confirmation is hereby resolved.