Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−20064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos J Bautista−Escobar
   809 73rd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−3129

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2023.

Dated: March 24, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-20064-JKS |
| Carlos J Bautista-Escobar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos J Bautista-Escobar, 809 73rd Street, North Bergen, NJ 07047-4801 |
| 519796575 | + | Carmen S. Asmat Bautista, 809 73rd Street, North Bergen, NJ 07047-4801 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519796573 | + | Email/Text: banko@acsnv.com | Mar 24 2023 20:52:00 | ALLIED COLLECTION SERVICES, ATTN: BANKRUPTCY, 3080 SOUTH DURANGO DRIVE SUITE 208, LAS VEGAS, NV 89117-9194 |
| 519796574 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 20:59:52 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519815696 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 20:59:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519839031 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 21:00:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519796576 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 20:49:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519796577 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 20:49:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, NC4-105-03-14 PO BOX 26012, GREENSBORO, NC 27420 |
| 519796578 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2023 21:00:09 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519796579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 21:00:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519796580 | + | Email/Text: mrdiscen@discover.com | Mar 24 2023 20:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519796581 | + | Email/Text: dplbk@discover.com | Mar 24 2023 20:52:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 519800740 | | Email/Text: mrdiscen@discover.com | Mar 24 2023 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519796582 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Mar 24 2023 20:59:45 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519796583 | + Email/Text: cashiering-administrationservices@flagstar.com | Mar 24 2023 20:52:00 | FLAGSTAR BANK, ATTN: BANKRUPTCY, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 519823926 | + Email/Text: cashiering-administrationservices@flagstar.com | Mar 24 2023 20:52:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519796584 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 24 2023 20:52:00 | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 519817526 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 24 2023 20:52:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519796586 | + Email/Text: BKNotice@ldvlaw.com | Mar 24 2023 20:51:00 | Lyons Doughty & Veldhuis, PC, 136 Gaither Gr Ste 100, Mount Laurel, NJ 08054-2239 |
| 519820215 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 20:59:46 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519796587 | Email/Text: signed.order@pfwattorneys.com | Mar 24 2023 20:50:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519833973 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 24 2023 20:52:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519796588 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 24 2023 20:51:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 519839954 | + Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 20:59:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519796585 | *+ | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 26

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Carlos J Bautista-Escobar ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4