# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                          Tel: (201) 343-4040
Hackensack, New Jersey 07601                                  Fax: (201)-488-5788

**STANLEY W. LOW**                                                **RUSSELL L. LOW**
                                                                            russell@lowbankruptcy.com

April 3, 2023

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

**Re: 22-20064-JKS, Carlos J Bautista-Escobar**

Dear Honorable Sherwood,

    This letter shall serve as a request for Withdrawal of Doc. 23, Application for Retention.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**