Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−20064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carlos J Bautista−Escobar
  809 73rd Street
  North Bergen, NJ 07047

Social Security No.:
  xxx−xx−3129

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/27/23 at 10:00 AM

to consider and act upon the following:

*26* − Application For Retention of Professional Robert Lord Jr., Esq. Filed by Russell L. Low on behalf of Carlos J Bautista−Escobar. Objection deadline is 4/10/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Low, Russell)

*27* − Objection to Application for Retention of Professional (related document:26 Application For Retention of Professional Robert Lord Jr., Esq. Filed by Russell L. Low on behalf of Carlos J Bautista−Escobar. Objection deadline is 4/10/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Carlos J Bautista−Escobar) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court