UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745

In Re:
Carlos J. Bautista-Escobar

Order Filed on May 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-20064
Chapter: 13
Judge: JKS

**ORDER AUTHORIZING RETENTION OF**

Robert Lord Jr., Esq.

The relief set forth on the following page is **ORDERED**.

DATED: May 3, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Robert Lord, Jr. Esq___

as ___special counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Lord, Kobrin, Alvarez & Fattell, LLC
1283 US Highway 22
Mountainside NJ 07092

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*