**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Carlos J Bautista-Escobar. | : | CASE NO. 22-20064 |
| Debtor | : | HONORABLE JOHN K. SHERWOOD |

---

**ATTORNEY'S RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

---

I, Russell L. Low, Esq. hereby certify the following:

1. The Chapter 13 Trustee, Marie-Ann Greenberg filed a Motion to Dismiss on February 28, 2024, due to failure to provide an update on the personal injury claim.

2. As of today, March 21, 2024, I have been unable to reach the debtor to file a timely opposition. However, we were advised by the debtor's personal injury attorney that the debtor has retained new counsel for the matter.

3. Therefore, I am respectfully requesting the opportunity to reach the debtor before the hearing date and hopefully resolve this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  <u>March 21, 2024</u>                                         /s/ Russell L. Low
                                                                                  **Russell L. Low**
                                                                                  Attorney for Debtor