UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
smccaffery@pincuslaw.com
Sarah McCaffery, Esquire
Five Greentree Centre
525 Route 73 North, Suite 309
Marlton, NJ 08053
(516)-699-8902
ATTORNEYS FOR TH MSR Holdings LLC f/k/a
MATRIX FINANCIAL SERVICES CORP

In Re:

Carlos J Bautista-Escobar

DEBTOR

Case No.: 22-20064

Chapter: 13

Hearing Date: 09/12/2024

Judge: JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from the Automatic Stay Doc #41; Order to be Submitted

Date: 09/06/2024

/s/ Sarah K. McCaffery
Signature

*rev.8/1/15*