UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Pincus Law Group, PLLC**

smccaffery@pincuslaw.com
Sarah K. McCaffery, Esquire
Five Greentree Centre
525 Route 73 North, Suite 309
Marlton, NJ 08053
(516)-699-8902
ATTORNEYS FOR TH MSR Holdings LLC c/o
RoundPoint Mortgage Servicing, LLC

**Order Filed on September 16, 2024**

**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | | Case No.: | 22-20064 |
|---|---|---|---|
| Carlos J Bautista-Escobar | | Chapter: | 13 |
| DEBTOR | | Hearing Date: | 8/8/2024 |
| | | Judge: | JKS |

| Recommended Local Form | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 16, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:    TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC

Applicant's Counsel:    <u>Sarah K. McCaffery, Esquire/Pincus Law Group, PLLC</u>

Debtor's Counsel:    <u>Russell L. Low, Esquire</u>

Property Involved ("Collateral"):    <u>809 73rd Street, North Bergen, NJ 07047</u>

Relief sought:    ☒    Motion for Relief

☐    Motion to dismiss

☐    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☒    The Debtor is overdue for <u>3</u> months from <u>06/01/2024 to 08/01/2024 less suspense at $2,526.25</u>

☒    The Debtor is overdue for <u>3</u> payments at $3,006.18 per month

☐    The Debtor is assessed for_____late charges at $_____per month.

☐    Applicant acknowledges receipt of funds in the amount of $_____received after the motion was filed.

Total Arrearages Due  <u>$6,492.29</u>

2.    Debtor must cure all post-petition arrearages, as follows:

☐    Immediate payment shall be made in the amount of $_____. Payment shall be made no later than_____.

☒    Beginning on <u>09/01/2024</u>, regular monthly mortgage payments shall continue to be made in the amount of <u>$3,006.18.</u>

☐    Beginning on <u>09/01/2024</u>, additional monthly cure payments shall be made in the amount of $<u>1,082.05</u> for <u>5</u> months and $<u>1,082.04</u> for <u>1</u> month.

☐ The amount of $\underline{\hspace{2cm}}$ shall be capitalized in the debtor's Chapter 13 plan.

3.     Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:     $\underline{\hspace{6cm}}$

$\underline{\hspace{6cm}}$

$\underline{\hspace{6cm}}$

☒ Regular monthly payment:     RoundPoint Mortgage Servicing LLC

P.O. Box 19409

Charlotte, NC 28219-940

☐ Monthly cure payment:     $\underline{\hspace{6cm}}$

$\underline{\hspace{6cm}}$

$\underline{\hspace{6cm}}$

4.     In the event of Default:

☒ If the Debtor fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.    Award of Attorneys' Fees:

☒    The Applicant is awarded attorneys fees of $<u>500.00</u>, and costs of $ <u>199.00.</u>

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within_____days.

☐    Attorneys' fees are not awarded.

*rev.8/1/15*