|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Pincus Law Group, PLLC**<br><br>smccaffery@pincuslaw.com<br>Sarah K. McCaffery, Esquire<br>Five Greentree Centre<br>525 Route 73 North, Suite 309<br>Marlton, NJ 08053<br>(516)-699-8902<br>ATTORNEYS FOR TH MSR Holdings LLC c/o<br>RoundPoint Mortgage Servicing, LLC |

Order Filed on September 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 22-20064 |
|---|---|---|
| Carlos J Bautista-Escobar | Chapter: | 13 |
|  | Hearing Date: | 8/8/2024 |
| DEBTOR | Judge: | JKS |

| Recommended Local Form | ☑ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 16, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:    TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC

Applicant's Counsel:    Sarah K. McCaffery, Esquire/Pincus Law Group, PLLC

Debtor's Counsel:    Russell L. Low, Esquire

Property Involved ("Collateral"):    809 73rd Street, North Bergen, NJ 07047

Relief sought:    ☒  Motion for Relief

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒  The Debtor is overdue for 3 months from 06/01/2024 to 08/01/2024 less suspense at $2,526.25

    ☒  The Debtor is overdue for 3 payments at $3,006.18 per month

    ☐  The Debtor is assessed for ____ late charges at $ ____ per month.

    ☐  Applicant acknowledges receipt of funds in the amount of $ ____ received after the motion was filed.

    Total Arrearages Due  $6,492.29

2. Debtor must cure all post-petition arrearages, as follows:

    ☐  Immediate payment shall be made in the amount of $ ____. Payment shall be made no later than ____.

    ☒  Beginning on 09/01/2024, regular monthly mortgage payments shall continue to be made in the amount of $3,006.18.

    ☐  Beginning on 09/01/2024, additional monthly cure payments shall be made in the amount of $1,082.05 for 5 months and $1,082.04 for 1 month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:  _____

☒ Regular monthly payment:  RoundPoint Mortgage Servicing LLC

P.O. Box 19409

Charlotte, NC 28219-940

☐ Monthly cure payment:  _____

4. In the event of Default:

☒ If the Debtor fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $500.00, and costs of $ 199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

In re:  
Carlos J Bautista-Escobar  
    Debtor

Case No. 22-20064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 17, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos J Bautista-Escobar, 809 73rd Street, North Bergen, NJ 07047-4801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jerome Blank  
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. jblank@pincuslaw.com amautz@pincuslaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Russell L. Low  
    on behalf of Debtor Carlos J Bautista-Escobar ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sarah K. McCaffery  
    on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

Sarah K. McCaffery

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 17, 2024 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. smccaffery@pincuslaw.com ckohn@hoflawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7