RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: CARLOS J BAUTISTA-ESCOBAR
809 73RD STREET
NORTH BERGEN, NJ  07047

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 22-20064

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $7,200.00**

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/05/2023 | $150.00 | 8921510000 | 02/06/2023 | $150.00 | 8983021000 |
| 03/07/2023 | $150.00 | 9042657000 | 04/10/2023 | $150.00 | 9101250000 |
| 05/08/2023 | $150.00 | 9157214000 | 06/08/2023 | $150.00 | 9211417000 |
| 07/03/2023 | $150.00 | 9249943000 | 08/11/2023 | $150.00 | 9322896000 |
| 09/07/2023 | $150.00 | 9367776000 | 10/25/2023 | $150.00 | 9447106000 |
| 12/21/2023 | $150.00 | 9542321000 | 12/22/2023 | $150.00 | 9545531000 |
| 02/27/2024 | $300.00 | 9653096000 | 04/01/2024 | $150.00 | 9712396000 |
| 06/24/2024 | $150.00 | 9845397000 | 06/24/2024 | $150.00 | 9847531000 |
| 06/27/2024 | ($150.00) | 9847531000 | 06/27/2024 | ($150.00) | 9845397000 |
| 07/05/2024 | $300.00 | 9866225000 | 07/08/2024 | $300.00 | 9867801000 |
| 08/22/2024 | $300.00 | 9940687000 | 10/15/2024 | $150.00 | 1002504400 |
| 10/31/2024 | $150.00 | 1004905200 | 12/24/2024 | $150.00 | 1013215800 |
| 12/30/2024 | $150.00 | 1013628300 | | | |

**Total Receipts: $3,750.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 234.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,150.00 | 100.00% | 3,233.25 | 916.75 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLIED COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,393.54 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-20064**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---|---:|---|
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 768.85 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 19,175.70 | * | 0.00 | |
| 0009 | DISCOVER PERSONAL LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,084.55 | * | 0.00 | |
| 0011 | ROUNDPOINT MORTGAGE SERVICING C( | MORTGAGE ARRI | 1,269.57 | 100.00% | 0.00 | |
| 0012 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0015 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 5.00 | * | 0.00 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 53.81 | * | 0.00 | |
| 0018 | HYUNDAI MOTOR FINANCE | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0019 | ROUNDPOINT MORTGAGE SERVICING C( | (NEW) MTG Agree | 699.00 | 100.00% | 0.00 | |

**Total Paid: $3,468.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $3,750.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $3,468.00      =      Funds on Hand: $282.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.