Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−20064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos J Bautista−Escobar
   809 73rd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−3129

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/28/25 at 10:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Jamar Benjamin on behalf of TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC. Objection deadline is 08/4/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A # 5 Exhibit B) (Benjamin, Jamar)

**53** − Response to (related document:52 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Jamar Benjamin on behalf of TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC. Objection deadline is 08/4/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A # 5 Exhibit B) filed by Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC) filed by Russell L. Low on behalf of Carlos J Bautista−Escobar. (Low, Russell)

Dated: 8/5/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court