Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−20064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Carlos J Bautista−Escobar
 809 73rd Street
 North Bergen, NJ 07047

Social Security No.:
 xxx−xx−3129

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/28/25 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Jamar Benjamin on behalf of TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC. Objection deadline is 08/4/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A # 5 Exhibit B) (Benjamin, Jamar)

*53* − Response to (related document:52 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Jamar Benjamin on behalf of TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC. Objection deadline is 08/4/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A # 5 Exhibit B) filed by Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing, LLC) filed by Russell L. Low on behalf of Carlos J Bautista−Escobar. (Low, Russell)

Dated: 8/5/25

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Carlos J Bautista-Escobar  
    Debtor

Case No. 22-20064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 05, 2025      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carlos J Bautista-Escobar, 809 73rd Street, North Bergen, NJ 07047-4801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing  LLC jbenjamin@pincuslaw.com, brausch@pincuslaw.com |
| Jerome Blank | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. jblank@pincuslaw.com  amautz@pincuslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Carlos J Bautista-Escobar ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sarah K. McCaffery | |

| | |
|---|---|
| | on behalf of Creditor TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing  LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8