RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re: CARLOS J BAUTISTA-ESCOBAR
809 73RD STREET
NORTH BERGEN, NJ 07047

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 22-20064**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $7,200.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/05/2023 | $150.00 | 8921510000 | 02/06/2023 | $150.00 | 8983021000 |
| 03/07/2023 | $150.00 | 9042657000 | 04/10/2023 | $150.00 | 9101250000 |
| 05/08/2023 | $150.00 | 9157214000 | 06/08/2023 | $150.00 | 9211417000 |
| 07/03/2023 | $150.00 | 9249943000 | 08/11/2023 | $150.00 | 9322896000 |
| 09/07/2023 | $150.00 | 9367776000 | 10/25/2023 | $150.00 | 9447106000 |
| 12/21/2023 | $150.00 | 9542321000 | 12/22/2023 | $150.00 | 9545531000 |
| 02/27/2024 | $300.00 | 9653096000 | 04/01/2024 | $150.00 | 9712396000 |
| 06/24/2024 | $150.00 | 9845397000 | 06/24/2024 | $150.00 | 9847531000 |
| 06/27/2024 | ($150.00) | 9847531000 | 06/27/2024 | ($150.00) | 9845397000 |
| 07/05/2024 | $300.00 | 9866225000 | 07/08/2024 | $300.00 | 9867801000 |
| 08/22/2024 | $300.00 | 9940687000 | 10/15/2024 | $150.00 | 1002504400 |
| 10/31/2024 | $150.00 | 1004905200 | 12/24/2024 | $150.00 | 1013215800 |
| 12/30/2024 | $150.00 | 1013628300 | 01/21/2025 | $150.00 | 1017219300 |
| 02/25/2025 | $195.00 | I1MQGVKRRV-Plan | 04/10/2025 | $150.00 | I13DGB0JVC-Plan |
| 04/18/2025 | $150.00 | I136GQQ6V5-Plan | 06/03/2025 | $150.00 | I1XJL1R9T2-Plan |
| 10/15/2025 | $450.00 | I12NFTWBT9-Plan | 10/16/2025 | $150.00 | I12NFTTFZH-Plan |
| 12/17/2025 | $150.00 | I182SQXZH2-Plan | 01/02/2026 | $150.00 | I18KCMT4KG-Plan |

**Total Receipts: $5,445.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,445.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | | | | | | |
| | 07/14/2025 | $73.55 | 948,084 | 07/14/2025 | $40.50 | 948,084 |
| | 12/15/2025 | $14.83 | 955,100 | 12/15/2025 | $8.17 | 955,100 |
| | 01/12/2026 | $90.93 | 956,505 | 01/12/2026 | $50.07 | 956,505 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 22-20064**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 334.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLIED COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,393.54 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 768.85 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 19,175.70 | * | 0.00 | |
| 0009 | DISCOVER PERSONAL LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,084.55 | * | 0.00 | |
| 0011 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARRI | 1,269.57 | 100.00% | 179.31 | |
| 0012 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0015 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 5.00 | * | 0.00 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 53.81 | * | 0.00 | |
| 0018 | HYUNDAI MOTOR FINANCE | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0019 | ROUNDPOINT MORTGAGE SERVICING CO | (NEW) MTG Agree | 699.00 | 100.00% | 98.74 | |

**Total Paid: $5,163.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $5,445.00 - Paid to Claims: $278.05 - Admin Costs Paid: $4,884.95 = Funds on Hand: $282.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.